# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRO WATT PROPERTY OWNER I, LLC; CALLAHANS, a California General Partnership; ROSS WHEELER ENTERPRISES, INC. dba CALLAHANS PUB & BREWERY; ROSS ENTERPRISES, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 07CV350 WQH (JMA)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

On February 22, 2007, Plaintiff Tripple AAA Association for Children and Adults with Developmental Disabilities filed a Complaint against Defendants Callahans, Centro Watt Property Owner I, Ross Wheeler Enterprises Inc. dba Callahans Pub & Brewery, and Ross Enterprises Inc. (Doc. # 1). On September 27, 2007, the parties filed a joint motion to dismiss this case in its entirety and with prejudice. (Doc. # 13).

Good cause appearing, the joint motion to dismiss (Doc. # 13) is GRANTED. This action is hereby dismissed in its entirety and with prejudice.

**IT IS SO ORDERED**.

DATED: September 28, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge